UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PAMELA J. MISH,

       Plaintiff,                           Case No: 1:09-cv-753

v                                   HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/


**ORDER**

      Consistent with the Opinion entered this date:

      **IT IS HEREBY ORDERED** that the Objections (Dkt 26) are GRANTED IN PART AND

DENIED IN PART, and the Report and Recommendation of the Magistrate Judge (Dkt 25) is

REJECTED as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (Dkt 22) is

GRANTED IN PART and DENIED IN PART; Plaintiff is awarded $4,162.50 in fees and costs

($125 multiplied by 30.5 hours, plus $350.00).


Dated:  May 15, 2012                   /s/ Janet T. Neff
                                          JANET T. NEFF
                                          United States District Judge